# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JOHNNY L. RICKS<br>19529 W CHICAGO ST<br>DETROIT, MI 48228 | **Judgment in a Criminal Case**<br>(For a Petty Offense) — Short Form<br><br>Case No. 3:12PO144<br>USM No.<br><br>Cheryll Bennett<br>Defendant's Attorney |

**THE DEFENDANT:** JOHNNY L. RICKS

☑ **THE DEFENDANT** pleaded guilty to count(s)    1s

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 7 & 13 and<br>ORC 4510.12(A)(1) | Driving without a Valid Driver's License | 10/29/12 | 1s |

☑ Count(s)   1    ☑ is    ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $80.00 | $ 5.00 | $ 75.00 | $ 0.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 9218

Defendant's Year of Birth: 1980

City and State of Defendant's Residence:
19529 W. Chicago Street, Detroit, MI 48228

12/5/12
Date of Imposition of Judgment

*Michael Newman* (signature)
Signature of Judge

Michael J. Newman, United States Magistrate Judge
Name and Title of Judge

12/12/12
Date